FILED

2019 APR -3  PM 3: 56

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

**CR19-00915 TUC-JGZ(EJM)**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | I N D I C T M E N T |
|---|---|
| Plaintiff, | Violations: |
| vs. | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) (False Statements in Connection with Acquisition of Firearm) Counts 1, 2 |
| Erica Roxanne Baca, Counts 2, 3; | |
| Leonel Alonso Medina, Count 1; | 18 U.S.C. §§ 924(a)(1)(A) and 924(a)(2) (False Statements in Federal Firearms Licensee Records) Count 3 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about August 9, 2018, at or near Tucson, in the District of Arizona, LEONEL

ALONSO MEDINA, in connection with the acquisition of firearms, that is, one Del-Ton

Incorporated model DTI15 5.56mm rifle and one DPMS Panther Arms 5.56mm rifle, from

USA Pawn & Jewelry, a licensed dealer of firearms within the meaning of Chapter 44,

Title 18, United States Code; did knowingly make a false and fictitious written statement

to USA Pawn & Jewelry, which statement was intended to deceive USA Pawn & Jewelry

as to a fact material to the lawfulness of such sale of said firearms to LEONEL ALONSO

MEDINA under Chapter 44, Title 18, United States Code; in that LEONEL ALONSO

MEDINA stated that he was the actual transferee/buyer of said firearms, when in fact he

1  was purchasing them on behalf of another individual; in violation of Title 18, United States

2  Code, Sections 922(a)(6) and 924(a)(2).

3                                                    **COUNT 2**

4        On or about September 9, 2018, at or near Phoenix, in the District of Arizona,

5  ERICA ROXANNE BACA, in connection with the acquisition of firearms, that is, two

6  Del-Ton model DTI15 5.56mm rifles, from Against All Enemies, L.L.C., doing business

7  as A.A.E./All Enemies Arsenal, a licensed dealer of firearms within the meaning of Chapter

8  44, Title 18, United States Code; did knowingly make a false and fictitious written

9  statement to Against All Enemies, L.L.C., which statement was intended to deceive All

10  Enemies, L.L.C. as to a fact material to the lawfulness of such sale of said firearms to

11  ERICA ROXANNE BACA under Chapter 44, Title 18, United States Code; in that ERICA

12  ROXANNE BACA stated that she was the actual transferee/buyer of said firearms, when

13  in fact she was purchasing them on behalf of another individual; in violation of Title 18,

14  United States Code, Sections 922(a)(6) and 924(a)(2).

15                                                    **COUNT 3**

16        On or about September 9, 2018, at or near Phoenix, in the District of Arizona,

17  ERICA ROXANNE BACA knowingly made a false statement and representation to

18  Against All Enemies, L.L.C., doing business as A.A.E./All Enemies Arsenal, a firearms

19  dealer licensed under the provisions of Chapter 44, Title 18, United States Code, with

20  respect to information required by the provisions of Chapter 44, Title 18, United States

21  Code, to be kept in the records of Against All Enemies, L.L.C., in that ERICA ROXANNE

22  BACA, in connection with the purchase of firearms, that is, two Del-Ton model DTI15

23  5.56mm rifles, stated that her current address was 401 W. Iowa St., Tucson, Arizona, when

24

25

26

27  / / /

28

*United States of America v. Erica Roxanne Baca, et al*
*Indictment Page 2 of 3*

1    this was not in fact her current address; in violation of Title 18, United States Code, Section

2    924(a)(1)(A).

3

4                                              A TRUE BILL

5                                              **/ S /**

6                                              _____
                                              Presiding Juror

7    ELIZABETH A. STRANGE
     First Assistant United States Attorney
8    District of Arizona

9        **/ S /**

10   Assistant United States Attorney          REDACTED FOR
                                              PUBLIC DISCLOSURE
11       Dated:    April 3, 2019

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28